IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD STEVEN SHORT,
    Plaintiff,

vs.                                       Case No.: 3:05cv483/LAC/EMT

WENDALL HALL, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On December 28, 2005, this court entered an order giving Plaintiff thirty (30) days in which to pay the filing fee or file a complete application to proceed in forma pauperis (Doc. 4). The copy of the order mailed to Plaintiff was returned to the court marked, "RETURN TO SENDER. ATTEMPTED - NOT KNOWN. UNABLE TO FORWARD" (Doc. 6). Upon inquiry by the court, the Santa Rosa County Jail, Plaintiff's address at the time he filed his complaint, advised that Plaintiff was released on December 22, 2005, and the address he listed when he was admitted to the Jail was 5699 Fairview Drive, Milton, Florida, 32570. Therefore, the court directed the clerk to re-send the order to Plaintiff at the address provided by Plaintiff to the Jail, however, the copy of the order was again returned to the court marked, "RETURN TO SENDER. NOT DELIVERABLE AS ADDRESSED. UNABLE TO FORWARD" (Doc. 8). On February 1, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 9). The copy of the order mailed to Plaintiff was again returned marked, "RETURN TO SENDER" (Doc. 10). The court has received no communication from Plaintiff since the filing of his original complaint in December of 2005.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court and failure to keep the court advised of his present address.

At Pensacola, Florida this 15th day of February 2006.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).